IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE GRUBER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83437

FILED

DEC 28 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus seeking to compel the Eighth Judicial District Court clerk to transfer his petition for a writ of habeas corpus to the Eleventh Judicial District Court.

On September 23, 2021, this court entered an order directing real party in interest, on behalf of respondents, to file and serve an answer, including authorities, against issuance of the requested writ. No answer was filed, and on November 17, 2021, this court entered an order to show cause, directing both real party in interest and respondents to show cause why the requested writ should not issue and to file and serve an answer.

On December 14, 2021, respondents filed a response to our order to show cause, confirming that petitioner's petition for a writ of habeas corpus was transferred to the Eleventh Judicial District Court. It appears that this court is no longer able to grant the relief petitioner

requested, as it has been effectuated by the district court, and we thus dismiss the instant petition as moot. *See Personhood Nev. v. Bristol*, 126 Nev 599, 602, 245 P.3d 572, 574 (2010) (holding that a case that initially presents a live controversy may be rendered moot by subsequent events).

It is so ORDERED.

_____, C.J.
Hardesty

_____J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Joseph Hardy, Jr., District Judge
Richard Lee Gruber
Attorney General/Carson City
Clark County District Attorney
Attorney General/Las Vegas
Eighth District Court Clerk